■ In the Matter of MARTIN MANOR NURSING HOME, Petitioner, v. ABE LAVINE, as Commissioner of the New York State Department of Social Services, et al., Respondents.— Determination unanimously confirmed, without costs, and petition dismissed. (See, *Matter of Trumbull* v. *Lavine*, 41 A D 2d 349.) (Review of determination decertifying nursing home, transferred by order of Monroe Special Term.) Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ.

■ In the Matter of JOSEPH J. CORONITI, Respondent, v. RICHARD HISERT, Individually and as President of the Board of Managers of Mohawk Valley General Hospital, et al., Appellants.— Motion for reargument of appeal, or, in the alternative, for leave to appeal to the Court of Appeals denied. The order of this court dated May 24, 1973 affirming Special Term's order of June 21, 1972 necessarily affirmed the direction to pay petitioner the sum of $5885.69. Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ.

■ In the Matter of THOMAS MULDOON, a Policeman of the Syracuse Police Department, Petitioner, v. MAYOR OF SYRACUSE et al., Respondents.— Motion to enforce judgment by contempt denied. (See CPLR 5513, subd. [c]; *Johnson* v. *Anderson*, 15 N Y 2d 925.) Present — Goldman, P. J., Marsh, Witmer, Moule and Cardamone, JJ.